United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Criminal Cases**

TO: Judge Sargus and Judge Graham

FROM: Spencer D. Harris, Deputy Clerk

DATE: December 11, 2024

SUBJECT: Case Caption: USA v. Joel Brown

CASE: Case Number: 2:24-CR-180

DISTRICT JUDGE: Judge Sargus

File Date: December 10, 2024

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Jermonte M. Fletcher, et al.**

Case Number: **2:13-CR-270 (1-21)**  District Judge: **Graham**

File Date: **5December 5, 2013**  Magistrate Judge:


**Related Case(s):**

Case Caption:

Case Number:  District Judge:

File Date:  Magistrate Judge:

The District Judges having conferred, we respond to Deputy Clerk    **Spencer D. Harris**
as follows:

**Judges' Response:**

☐     We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐     We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☒     We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐     We are unable to agree and will accept any decision made by the Chief Judge.

☐     I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐     I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐     Other Direction of Judge: _____

s/Edmund A. Sargus, Jr. 12/11/2024
United States District Judge

s/James L. Graham 12/11/2024
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies